# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>APPROXIMATELY $38,474.56 SEIZED FROM UNITED SECURITY BANK ACCOUNT NUMBER 10101476, HELD IN THE NAME OF ETHELE M. BARRON, dba EB PREFERRED PROPERTY MANAGEMENT REAL ESTATE BROKERS TRUST,<br><br>    Defendant. | 1:12-cv-01271 LJO GSA<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>(Document 12) |

On December 4, 2012, the Magistrate Judge issued findings and recommendations that (1) Plaintiff's ex parte application for default judgment against the interests of Ethele M. Barron and EB Preferred Property Management Real Estate Brokers Trust in the defendant property be granted; (2) final forfeiture judgment be entered to vest in Plaintiff all right, title and interest in the defendant property; and (3) Plaintiff be ordered to submit a proposed default and final forfeiture judgment consistent with the findings and recommendations within ten days of service of an order adopting the findings and recommendations.  These findings and recommendations

1

1 were served on all parties appearing in the action and contained notice that any objections to the
2 Findings and Recommendations were to be filed within fourteen (14) days of the date of service
3 of the order.  (Doc. 12.)

4     More than fourteen days have passed and no objections have been filed.

5     In accordance with the provisions of Title 28 of the United States Code section
6 636(b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed
7 the entire file, the Court finds that the Findings and Recommendations are supported by the
8 record and proper analysis.

9     Accordingly, IT IS HEREBY ORDERED that:

10     1.    The Findings and Recommendations issued December 4, 2012, are ADOPTED IN
11         FULL; and
12     2.    Plaintiff United States of America shall submit a proposed default and final
13         forfeiture judgment consistent with the findings and recommendations and order
14         of the court within ten (10) days of service of this order.

16 IT IS SO ORDERED.

17 **Dated:**   December 19, 2012                    /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE