BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>APPROXIMATELY $38,474.56 SEIZED FROM UNITED SECURITY BANK ACCOUNT NUMBER 10101476, HELD IN THE NAME OF ETHELE M. BARRON, dba EB PREFERRED PROPERTY MANAGEMENT REAL ESTATE BROKERS TRUST, <br><br>　　　　Defendant. | 1:12-CV-01271-LJO-GSA <br><br>**DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment and Final Judgment of Forfeiture filed November 5, 2012. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. The time for objecting to the Findings and Recommendations Regarding Plaintiff's *Ex Parte* Application for Default Judgment has passed and no timely objections have been filed. An Order Adopting Findings and Recommendations was filed on November 19, 2012. Based on the Magistrate Judge's Findings and Recommendations Regarding Plaintiff's *Ex Parte* Application for Default Judgment, the Order Adopting Findings and Recommendations, and the files and records of the Court, it is

ORDERED, ADJUDGED, AND DECREED:

1. The Court adopts the Magistrate Judge's December 4, 2012 Findings and Recommendations Regarding Plaintiff's *Ex Parte* Application for Default Judgment in full.

2. Ethele M. Barron and EB Preferred Property Management Real Estate Brokers Trust are held in default.

3. A judgment by default is hereby entered against any right, title, or interest in the defendant approximately $38,474.56 seized from United Security Bank account number 10101476, held in the name of Ethele M. Barron, dba EB Preferred Property Management Real Estate Brokers Trust of Ethele M. Barron and EB Preferred Property Management Real Estate Brokers Trust, and all other potential claimants who have not filed claims in this action.

4. A final judgment is hereby entered forfeiting all right, title, and interest in the defendant approximately $38,474.56 seized from United Security Bank account number 10101476, held in the name of Ethele M. Barron, dba EB Preferred Property Management Real Estate Brokers Trust, including all right, title, and interest of Ethele M. Barron and EB Preferred Property Management Real Estate Brokers Trust; and vesting all right, title, and interest in the defendant approximately $38,474.56 seized from United Security Bank account number 10101476, held in the name of Ethele M. Barron, dba EB Preferred Property Management Real Estate Brokers Trust in the United States, to be disposed of according to law.

5. All parties shall bear their own costs and attorney's fees.

6. This Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:  **December 27, 2012**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE